UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Kimberly J. Sand v. Bayer Schering Pharma AG, et al.*    No. 3:10-cv-10873-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on May 14, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Caitlin Fischer*
         **Deputy Clerk**

**Dated:**  May 16, 2014

Digitally signed by
David R. Herndon
Date: 2014.05.16
16:34:42 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**